BOIES, SCHILLER & FLEXNER LLP
Alan B. Vickery (Pro Hac Vice to be filed)
avickery@bsfllp.com (Pro Hac Vice to be filed)
John F. LaSalle (Pro Hac Vice to be filed)
jlasalle@bsfllp.com
575 Lexington Avenue, 7th Floor
New York, New York 10022
Telephone:     (212) 446-2300
Facsimile:     (212) 446-2350

Motty Shulman (Pro Hac Vice to be filed)
mshulman@bsfllp.com
333 Main Street
Armonk, New York 10504
Telephone:     (914) 749-8200
Facsimile:     (914) 749-8300

Sean P. Rodriguez (SBN 262437)
srodriguez@bsfllp.com
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorneys for Defendant
*John Hancock Life Insurance Company (U.S.A.)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA LARSON, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>  Defendant. | Case No.  3:16-cv-01542-JCS<br><br>**DEFENDANT JOHN HANCOCK (U.S.A.)'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL CIVIL RULE 3-12(b)**<br><br>Hon. Joseph C. Spero |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1   Pursuant to Civil L.R. 3-12(b), Defendant John Hancock Life Insurance Company (U.S.A.)
2   ("John Hancock") respectfully informs this Court as follows:

3   On March 29, 2016, Plaintiff filed suit against John Hancock in this Court under this case
4   number (3:16-cv-01542-JCS) (the "Original Case"). Less than a month later—before John Hancock
5   appeared—Plaintiff voluntarily dismissed this case. Dkt. No. 11. She then filed in state court the
6   complaint that we now remove (the "Removed Case"). Exhibit 1.

7   The Removed Case concerns "substantially the same parties, property, transaction, or event"
8   as the Original Case. Civil L.R. 3-12(a)(1). But because only administrative action, rather than
9   judicial action, occurred in the Original Cases before it was withdrawn, there is no likelihood of
10  "burdensome duplication of labor and expense," nor is there any "risk of conflicting results" within
11  this District if the cases are conducted before different judges. Civil L.R. 3-12(a)(2).

12  John Hancock takes no position on relating the cases. However, because Plaintiff dismissed
13  this case shortly after filing, John Hancock was not able to consider whether it wished to consent to
14  magistrate jurisdiction and submit the relevant form. *See* L.R. Civ. 73-1(a). Therefore, John
15  Hancock requests the opportunity to file a Local Rule 73-1(a)(1) request for reassignment to a district
16  judge if the Removed Case is found to be related to the Original Case.

Dated: November 17, 2016          BOIES, SCHILLER & FLEXNER LLP

                                  By *s/Sean P. Rodriguez*

                                  Alan B. Vickery (Pro Hac Vice to be filed)
                                  John F. LaSalle (Pro Hac Vice to be filed)
                                  575 Lexington Avenue
                                  New York, New York 10022
                                  Phone: (212) 446-2300

                                  Motty Shulman (Pro Hac Vice to be filed)
                                  333 Main Street
                                  Armonk, New York 10504
                                  Phone: (914) 749-8200

                                  Sean P. Rodriguez (SBN 262437)
                                  1999 Harrison Street, Suite 900
                                  Oakland, California 94612
                                  Telephone: (510) 874-1000

                                  *Attorneys for Defendant John Hancock Life Insurance Company (U.S.A.)*

1

DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which sent an email notification to all participants in this case who are registered CM/ECF users. I further caused the documents listed above to be served via U.S. Mail on the following:

| | |
|---|---|
| GIRARD GIBBS LLP<br>Daniel C. Girard<br>Scott M. Grzenczyk<br>601 California Street, 14th Floor<br>San Francisco, California 94108 | Counsel for Plaintiff Barbara Larson |
| MILLER SCHIRGER, LLC<br>John J. Schirger<br>Matthew W. Lytle<br>Joseph M. Feierabend<br>4520 Main Street, Suite 1570<br>Kansas City, Missouri 64111 | Counsel for Plaintiff Barbara Larson |
| STUEVE SIEGEL HANSON LLP<br>Patrick J. Stueve<br>Norman E. Siegel<br>Bradley T. Wilders<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112 | Counsel for Plaintiff Barbara Larson |

Dated: November 17, 2016

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By: *s/Sean P. Rodriguez*
    Sean P. Rodriguez

Sean Rodriguez (SBN 262437)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Phone: 510/874-1000
Facsimile: 510/874-1460
srodriguez@bsfllp.com